

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      In re Rescue Concepts, Inc.

Appellate case number:   01-16-00564-CV

Trial court case number:  2014-71749

Trial court:                     270th District Court of Harris County

Date motion filed:           November 3, 2017

Party filing motion:         Jones Lang LaSalle–Texas, Inc., Real Party in Interest

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes_____
                              ☐ Acting individually    ☒ Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Keyes and Bland


Date:  February 6, 2018_____